IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JONATHAN C. TILLMAN,

    Plaintiff,

v.                               Case No. 4:19cv40-MW/CAS

TALLAHASSEE POLICE
DEPARTMENT, et al.,

    Defendants.
_____/

## ORDER REJECTING REPORT AND RECOMMENDATION AND REMANDING TO MAGISTRATE JUDGE

Plaintiff has filed his Answer to and Objection to Report and Recommendation, ECF No. 8, and a Prisoner Trust Account Statement. In light of these filings, this Court **REJECTS the REPORT and Recommendation and REMANDS** this case to the Magistrate Judge for further consideration.

    **SO ORDERED on November 1, 2019.**

                                                 **s/ MARK E. WALKER**
                                                 **Chief United States District Judge**