IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JONATHAN CHADWICK TILLER,

    Plaintiff,

v.                                         Case No.  4:19cv40-MW/HTC

TALLAHASSEE POLICE
DEPARTMENT, et al.,

    Defendants.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 19. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** without prejudice for Plaintiff's failure to prosecute and failure to comply with orders of this Court." The Clerk shall also close the file.

**SO ORDERED** on September 8, 2020.

                                              **s/ MARK E. WALKER**
                                              **Chief United States District Judge**